■ THE PEOPLE OF THE STATE OF NEW YORK v. ISRAEL ESPINOSA.— Motion to dismiss appeal denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CORNELIUS JAMEISON.— Motion for leave to prosecute as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BROWN.— Motion for leave to prosecute as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSE B. PEREZ.— Motion for leave to prosecute as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CIAPPETTA.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD DAVIDSON.— Motion for leave to prosecute appeal, as a poor person, denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK D. JONES.— Motion for leave to prosecute appeal as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GERALD YOUNG.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the information shall be substituted in place of the original information, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES DE LUISE.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.